UNITED STATES BANKRUPTCY COURT
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Fourth Floor
St. Louis, MO 63102

In re: Cortez Allen Wilkins Jr.

**Debtor(s):**

Case No.: 19–43472 –A705

CHAPTER 7

**ORDER ON DEBTOR(S)' APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor(s)' "Application for Waiver of the Chapter 7 Filing Fee", the Court orders that the application be:

**DENIED**. The debtor(s) shall pay the full chapter 7 filing fee of $335 within 7 days of the date of this order.

Until the filing fee is paid in full, the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

FAILURE TO TIMELY PAY THE FILING FEE AS SPECIFIED ABOVE WILL BE CAUSE TO DISMISS THE DEBTOR(S)' CHAPTER 7 CASE WITHOUT FURTHER NOTICE OR HEARING.

BY THE COURT:

*Charles Rendlen III*

**U.S. Bankruptcy Judge**

Dated: 6/18/19
St. Louis, Missouri
Rev 12/17 ifp